IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAM CONSIGLIO,

    Petitioner,                 No. CIV S-05-1917 DFL GGH P

    vs.

RODERICK HICKMAN,
DIRECTOR, CDC, et al.,

    Respondents.             ORDER
_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner alleges that Roderick Hickman, Director of the California Department of Corrections, will soon transfer all inmates housed at Mule Creek State Prison to Folsom Prison. Plaintiff alleges that this plan is unconstitutional.

        The purpose of a habeas corpus petition pursuant to 28 U.S.C. § 2254 is to challenge the validity of a conviction or sentence. The purpose of a civil rights action pursuant to 42 U.S.C. § 1983 is to challenge conditions of confinement. Because petitioner is challenge conditions of confinement, the court construes this action as a civil rights action pursuant to 42 U.S.C. § 1983. The petition is dismissed with leave to file a complaint.

        Petitioner has not filed an in forma pauperis affidavit or paid the required filing fee ($250.00). Petitioner will be provided the opportunity to either submit the appropriate

affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This action is construed as a civil rights action pursuant to 42 U.S.C. § 1983; the petition is dismissed with thirty days to file a civil rights complaint;

2. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

3. The Clerk of the Court is directed to send petitioner a copy of the application to proceed in forma pauperis by a prisoner used by this district and a form for a civil rights complaint by a prisoner.

DATED: 10/12/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kj
cons1917.101a