IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAM CONSIGLIO,

        Plaintiff,                     No. CIV S-05-1917 DFL GGH P

    vs.

RODERICK HICKMAN, et al.,

        Defendants.             <u>ORDER</u>

_____/

        The court, by separate order, has found plaintiff's complaint, filed in this court on October 20, 2005, appropriate for service. The complaint contains a request for injunctive relief. In particular, plaintiff alleges that defendants plan to transfer inmates with mental health problems, including plaintiff, from Mule Creek State Prison to Folsom Prison in February 2006. Plaintiff alleges that this plan jeopardizes his safety.

        Accordingly, IT IS ORDERED that:

        1. Defendants have twenty days to respond to plaintiff's request for injunctive relief contained in his complaint filed October 20, 2005.

        2. The Clerk of the Court is directed to send a copy of the original complaint and a copy of this order upon Jennifer Neill, Supervising Deputy Attorney General.

/////

1

1    3. In addition, the Clerk of the Court is directed to mail a copy of the original
2 complaint, a copy of plaintiff's letter filed on September 1, 2005, and a copy of this order to
3 defendant Roderick Hickman, 1515 S Street, Suite 502 South, Sacramento, CA 95814.
4 DATED:   12/12/05

                                                /s/ Gregory G. Hollows

                                                UNITED STATES MAGISTRATE JUDGE

GGH:kj
cons1917.ord