IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAM CONSIGLIO,

      Plaintiff,                      No. CIV S-05-1917 DFL GGH P

      vs.

RODERICK HICKMAN, et al.,

      Defendants.             ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On March 3, 2006, defendant Hickman filed a motion to dismiss pursuant to 28 U.S.C. § 1915(g). Plaintiff has not opposed this motion.

      Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause within ten days of the date of this order for his failure to oppose defendant's March 3, 2006, motion to dismiss; failure to respond to this order will be deemed a waiver of opposition.

DATED: 4/10/06

                          /s/ Gregory G. Hollows

                          GREGORY G. HOLLOWS
                          UNITED STATES MAGISTRATE JUDGE

ggh:kj
con1917.osc