IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAM CONSIGLIO,

      Plaintiff,                      No. CIV S-05-1917 DFL GGH P

      vs.

RODERICK HICKMAN, et al.,

      Defendants.              FINDINGS AND RECOMMENDATIONS

_____/

          On March 3, 2006, defendant filed a motion to dismiss pursuant to 28 U.S.C. § 1915(g). Plaintiff did not oppose the motion. Accordingly, on April 10, 2006, the court ordered plaintiff to show cause within ten days why defendant's motion should not granted. Plaintiff has not filed a response to the April 10, 2996, order.[1]

          Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On January 12, 2006, plaintiff was advised of the requirements for filing an opposition to a motion to dismiss and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

---

[1] On April 12, 2006, plaintiff filed a pleading stating that he paid the filing fee. Court records indicate that plaintiff has not paid the filing fee in the instant action.

1    Accordingly, plaintiff's failure to oppose should be deemed a waiver of opposition to the granting of the motion.  In the alternative, the court has reviewed the motion and finds that it has merit.  IT IS HEREBY RECOMMENDED that defendant's March 3, 2006, motion to dismiss be granted and this action be dismissed.

   These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within ten days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:  6/26/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
con1917.dis